USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2024

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

Facsimile:
+1 212 446 4900

July 22, 2024

> **Request GRANTED. The Initial Pretrial Conference that was previously scheduled for July 31, 2024, is ADJOURNED *sine die*. The parties are directed to notify the Court of any decision by the JPML within five days of when any such decision is rendered. The Clerk of Court is directed to terminate Dkt. No. 21.**
>
> **SO ORDERED. 7/23/2024**
>
> **HON. MARGARET M. GARNETT, U.S.D.J.**

Re: *Short v. Permian Resources Corp. et al.*, 24-cv-04506-MMG; Request for Adjournment of Initial Pretrial Conference

Dear Judge Garnett:

    We represent Occidental Petroleum Corporation, one of the Defendants in the case referenced above. Pursuant to Rule I(B)(5), we write, on behalf of all parties, to jointly request an adjournment of the Initial Pretrial Conference currently scheduled for July 31, 2024, at 11:30 a.m.

    This action is one of sixteen largely identical actions that have been filed in several federal courts. The Judicial Panel on Multidistrict Litigation ("JPML") has scheduled a hearing for July 25, 2024 to determine whether these related actions should be centralized into one judicial district. Given that decision may affect the pretrial proceedings in this action, the parties respectfully request that the Court adjourn the Pretrial Conference until after the JPML renders its decision. In addition, no Defendant has been served with the complaint in this action.

    The parties will notify the Court promptly upon receiving the JPML's order on centralization and consolidation.

Sincerely,

*/s/ Devora W. Allon*
Devora W. Allon, P.C.

cc: All parties via ECF

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Riyadh  Salt Lake City  Shanghai  Washington, D.C.