## SEATING CHART
## 24–MD–3119 MLG- LF
## In Re: Shale Oil Antitrust Litigation
#### Moton to Intervene

DATE:   Tuesday, July 15, 2025, at 9:30 a.m.

Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter

| Daniel Higgins | _Fran Jennings_ | | | |
|---|---|---|---|---|
| _Billy Trabando_ | | _Stephen Medlock_ | | |
| _Tom Walsh_ | | _Boris Bershteyn_ | _Candice Enders_ | |
| _Andrew Paik_ | | | _Brian Moore_ | Carmen Medici |
| Nicholas Smith | | _Melanie Jack_ | _Karin Swope_ | Patrick Coughlin |

Adam Steinhilber                              Chris Dodd

# [BENCH]